## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 5:24-CR-00090-2

DEMETRIUS TERRELL BURNS


### <u>ORDER</u>

On October 31, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with conspiracy to distribute quantities of methamphetamine, its salts, isomers, and salts of its isomers, fentanyl, and cocaine base in violation of 21 U.S.C. § 846. [Doc. 9]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on October 31, 2024. [Doc. 311]. Objections in this case were due on November 18, 2024. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 311]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  January 13, 2025

Frank W. Volk
Chief United States District Judge